# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 7, 2014

### NO. 03-12-00763-CR

**Daniel Whitley, Appellant**

v.

**The State of Texas, Appellee**

## APPEAL FROM 427TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. Therefore, the Court affirms the trial court's judgment. However, there was error in the sentence and cumulation order that requires correction. Therefore, the Court modifies the trial court's sentence and cumulation order to read as follows:

> THIS SENTENCE SHALL RUN CONSECUTIVELY AND BEGIN ONLY WHEN THE MAY 30, 2008 JUDGMENT AND SENTENCE OF 60 YEARS IMPRISONMENT IN THE FOLLOWING CASE CEASES TO OPERATE: CAUSE NUMBER D-1-DC-07-301930 IN THE 427TH JUDICIAL DISTRICT COURT OF TRAVIS COUNTY INVOLVING AGGRAVATED SEXUAL ASSAULT WITH A DEADLY WEAPON.

The sentence and cumulation order, as modified, are affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.